UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIONUEVO and FLOR BARRIONUEVO,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHASE BANK, N.A., et. al.,<br><br>      Defendants.<br>_____/ | No. C-12-0572 EMC<br><br>**ORDER RE MOTION FOR MICHAEL YESK TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

Having received the motion of counsel for Plaintiffs to withdraw as counsel, the Court hereby orders that Plaintiffs shall have until July 26, 2012, to oppose or otherwise respond to the motion to withdraw. Plaintiffs shall file the opposition with the Court by July 26, 2012 and shall also serve the opposition on their counsel by that day. Plaintiffs need not serve the opposition on counsel for Defendants. The motion will be heard on July 31, 2012, at 1:30 p.m. in this Court. Plaintiffs shall appear along with counsel.

Plaintiffs are forewarned that, should the motion to withdraw be granted, Plaintiffs will need to obtain counsel to represent them or they will have to represent themselves. This order shall be served on all counsel and upon Plaintiffs.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE BARRIONUEVO et al,

    Plaintiff,

v.

CHASE BANK et al,

    Defendant.

Case Number: CV12-00572 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose and Flor Barrionuevo
5931 Annadale Way
Dublin, CA 94568

Dated: July 18, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2