1  BRYAN CAVE LLP
   Daniel T. Rockey, California Bar No. 178264
2  Bahareh Mostajelean, California Bar No. 258903
   John C. Hedger, California Bar No. 230814
3  560 Mission Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
5  Email:        daniel.rockey@bryancave.com
                 bahareh.mostajelean@bryancave.com
6                hedgerj@bryancave.com

7  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A (as acquirer of certain assets from WASHINGTON MUTUAL
8  BANK, FA);  and CALIFORNIA RECONVEYANCE CO.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BARRIONUEVO AND FLOR BARRIONEUVO individuals,<br><br>                     Plaintiffs,<br><br>vs.<br><br>CHASE BANK, N.A. Successor In Interest to WASHINGTON MUTUAL BANK, FA, LASALLE BANK NATIONAL ASSOCIATION as Trustee for WMALT SERIES 2006-AR4 Trust; CALIFORNIA RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 THROUGH 100, INCLUSIVE<br><br>                     Defendants. | Case No.: 3:12-CV-0572 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ORDER**<br><br><br><br>Complaint Filed:                  12/06/2011<br>First Amended Complaint Filed: 4/19/2012<br>Trial Date:                        8/26/13 |

SF01DOCS\134593.1\C076651\0334282

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ORDER – CASE NO. 3:12-CV-572 EMC

1    Plaintiffs Jose and Flor Barrionuevo ("Plaintiffs") and defendant JPMorgan Chase Bank,
2 N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual from the
3 Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank ("Defendant"),
4 by and through their counsels of record, hereby submit this Joint Stipulation and Proposed Order
5 regarding the scheduling order.

6 **JOINT STIPULATION**

7    Whereas, on November 5, 2012, the court set a trial date of August 26, 2012 and ordered a
8 schedule concurrent with that date;

9    Whereas, the scheduling order requires all dispositive motions to be heard no later than
10 June 6, 2013;

11    Whereas, such motions must consequently be filed no later than May 2, 2013;

12    Whereas, the deadline to conduct expert discovery is April 26, 2013;

13    Whereas, the parties agreed to have Defendant take the deposition of Plaintiffs' expert on
14 April 26, 2013;

15    Whereas, Plaintiffs' counsel is having cataract surgery on April 23, 2013 and has been
16 advised by his doctor that he cannot fly on April 26, 2013 and most likely not until May 5, 2013;

17    Whereas, the parties are agreed that Defendant should be allowed to depose Plaintiffs' expert
18 and file a Rule 56 motion thereafter;

19    Whereas, the parties are agreed that, given current circumstances, there is insufficient time
20 for Defendant to do so;

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1  IT IS THEREFORE STIPULATED BETWEEN THE PARTIES that they recommend that the court's order of November 5, 2012 be amended and a new order be issued setting a deadline of June 27, 2013 for the hearing of dispositive motions (which requires such a motion to be filed no later than May 30, 2013).

Dated: April 17, 2013  Respectfully submitted,

**Michael Yesk, Attorney at Law**

By: /s/ Michael Yesk
    Michael Yesk
Attorney for Plaintiffs

Dated: April 17, 2013  Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ *John C. Hedger*
    John C. Hedger
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John C. Hedger, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2013, at San Francisco, California.

/S/ *John C. Hedger*
John C. Hedger

**[PROPOSED] ORDER REGARDING SCHEDULING ORDER**

Having reviewed the stipulation of the parties and the status of the pleadings, the recommendations of the stipulation are adopted as an order of the court as follows:

1. The scheduling order of November 5, 2012 is amended to allow the hearing of dispositive motions no later than June 27, 2013.

IT IS SO ORDERED.

DATED: 4/19, 2013

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED
Judge Edward M. Chen