**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178264
Bahareh Mostajelean, California Bar No. 258903
John C. Hedger, California Bar No. 230814
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       daniel.rockey@bryancave.com
             bahareh.mostajelean@bryancave.com
             hedgerj@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A (as acquirer of certain assets from WASHINGTON MUTUAL BANK, FA);  and CALIFORNIA RECONVEYANCE CO.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE BARRIONUEVO AND FLOR BARRIONEUVO individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHASE BANK, N.A. Successor In Interest to WASHINGTON MUTUAL BANK, FA, LASALLE BANK NATIONAL ASSOCIATION as Trustee for WMALT SERIES 2006-AR4 Trust; CALIFORNIA RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 THROUGH 100, INCLUSIVE<br><br>        Defendants. | Case No.: 3:12-CV-0572 EMC<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ORDER**<br><br><br><br>Complaint Filed:            12/06/2011<br>First Amended Complaint Filed: 4/19/2012<br>Trial Date:                 8/26/13 |

1  Plaintiffs Jose and Flor Barrionuevo ("Plaintiffs") and defendant JPMorgan Chase Bank,
2 N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual from the
3 Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank ("Defendant"),
4 by and through their counsels of record, hereby submit this Joint Stipulation and Proposed Order
5 regarding the scheduling order.

## JOINT STIPULATION

7  Whereas, on November 5, 2012, the court set a trial date of August 26, 2012 and ordered a
8 schedule concurrent with that date;

9  Whereas, on April 19, 2013, the court amended the scheduling order;

10  Whereas, the amended scheduling order requires all dispositive motions to be heard no
11 later than June 27, 2013;

12  Whereas, such motions must consequently be filed no later than May 23, 2013;

13  Whereas, the parties had agreed that Defendant could have until May 30, 2013 to file a
14 Rule 56 motion;

15  Whereas, Defendant was unable to depose Plaintiffs' expert until May 21, 2013;

16  Whereas, on May 23, 2013, counsel for both parties realized a May 30, 2013 filing
17 deadline for a June 27, 2013 hearing does not comport with the Local Rules of the Northern
18 District of California;

19  Whereas, the parties agreed to seek guidance from the court as to the best means of resolving
20 the mistake of counsel when submitting the prior stipulation to the court;

21  Whereas, the parties received such guidance and are agreed to the direction of the court;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1   IT IS THEREFORE STIPULATED BETWEEN THE PARTIES that they recommend that
2   the court's order of April 19, 2013, be amended ~~and a new order be issued~~ setting a deadline of July
3   11, 2013 for the hearing of dispositive motions (which requires such a motion to be filed no later than
4   June 6, 2013).

6   Dated: May 23, 2013                    Respectfully submitted,

7                                          **Michael Yesk, Attorney at Law**

9                                          By: /s/ Michael Yesk
10                                              Michael Yesk
                                                Attorney for Plaintiffs

12  Dated: May 24, 2013                    Respectfully submitted,

13                                         **BRYAN CAVE LLP**

15                                         By: /s/ *John C. Hedger*
                                               John C. Hedger
16                                             Attorneys for Defendants
                                               JPMORGAN CHASE BANK, N.A., for itself and as
17                                             an acquirer of certain assets and liabilities of
                                               Washington Mutual from the Federal Deposit
18                                             Insurance Corporation, as receiver for Washington
                                               Mutual Bank

21                      **ATTESTATION PURSUANT TO GENERAL ORDER 45**

22      I, John C. Hedger, attest that concurrence in the filing of this document has been obtained
23  from each of the signatories. I declare under penalty of perjury under the laws of the United States of
24  America that the foregoing is true and correct. Executed on May 24, 2013, at San Francisco,
25  California.

27                                              /S/ *John C. Hedger*
                                                John C. Hedger

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1  **[PROPOSED] ORDER REGARDING SCHEDULING ORDER**

Having reviewed the stipulation of the parties and the status of the pleadings, the recommendations of the stipulation are adopted as an order of the court as follows:

1. The scheduling order of April 19, 2013 is amended to allow the hearing of dispositive motions no later than July 11, 2013.

IT IS SO ORDERED.

DATED: _____5/29_____, 2013



IT IS SO ORDERED AS MODIFIED

_____
Honorable Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105