Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIONUEVO and FLOR BARRIONUEVO,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK, N.A. Successor In Interest to WASHINGTON MUTUAL BANK, FA; and DOES 1-100 Inclusive,<br><br>Defendants. | Case No.: 3:12-cv-00572-EMC<br><br>SUPPLEMENTAL DECLARATION OF MEGAN DAILEY IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: July 11, 2013<br>Time: 1:30 p.m.<br>Ctrm: 5 – 17th Floor<br><br>Hon. District Judge Edward M. Chen |

I, Megan Dailey, hereby declare I have personal knowledge of the following facts and I am competent to testify as to the truth of these facts if called upon to do so:

Plaintiffs' counsel avers to obtaining the Pooling and Servicing Agreement for the Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust purportedly filed with the Securities and Exchange Commission, and judicially noticeable, a true copy of which is attached hereto as Exhibit A, and is available at:

DECLARATION OF MEGAN DAILEY IN SUPPORT OF MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1

http://www.sec.gov/Archives/edgar/data/1361533/000127727706000501/exh41to8kpsawmalt2006_ar4a.htm .

Plaintiffs' counsel avers to obtaining the Purchase and Assumption Agreement among Federal Deposit Insurance Corporation Receiver of Washington Mutual Bank, Henderson, Nevada and JPMorgan Chase Bank, N.A. dated as of September 25, 2008, a true copy of which is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on the date below at Pleasant Hill, California.

DATED: June 28, 2013        __/s/__Megan Dailey_____
Megan Dailey
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
Attorney for Plaintiffs

DECLARATION OF MEGAN DAILEY IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2